HENRY STREETY, ALIAS PAT STREETY, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error.*

Opinion Filed April 10, 1923.

A Writ of Error to the Circuit Court for Columbia County; M. F. Horne, Judge.

*R. W. Farnell*, for Plaintiff in Error;

*Rivers Buford*, Attorney General, and *Marvin C. McIntosh*, Assistant, for the State.

PER CURIAM.—This writ of error was taken to a judgment of conviction of an assault with intent to commit murder in the second degree.

There were no material or harmful errors in admitting evidence, and the conflicts in the testimony have been settled by the finding of the jury which has ample support of the evidence.

No other questions are presented.

Affirmed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND WEST, J. J., concur.